UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSA FERNANDEZ, | ) | Case No.: 1:16-cv-01591- JLT |
| Plaintiff, | ) ) ) | ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) ) | (Doc. 9) |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

On March 9, 2017, the parties filed a stipulation for an extension of time for Defendant to prepare and the certified administrative record. (Doc. 9) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Good cause appearing, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED**; and

2. Defendant **SHALL** file and serve the administrative record on or before **May 12, 2017**.

IT IS SO ORDERED.

Dated:  **March 13, 2017**          **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28